# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as Subrogee of DONALD McDOWELL and REGINE McDOWELL; and DONALD McDOWELL, individually, and REGINE McDOWELL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMCO MANUFACTURING, INC., a North Carolina domestic corporation d/b/a EAZ-LIFT; DAR-KIM, INC., a California Corporation d/b/a All Seasons RV Center; DOES I-V. inclusive; and ROE CORPORATIONS II-V. inclusive,<br><br>Defendants. | CASE NO.: 12-CV-00222-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT DAR-KIM, INC. d/b/a ALL SEASONS RV CENTER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties PLAINTIFFS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as Subrogee of DONALD MCDOWELL/REGINE McDOWELL, DONALD McDOWELL and REGINE McDOWELL individually (hereinafter PLAINTIFFS), by and through their counsel of record, Harry Rosenthal, Esq. of HAND & SULLIVAN, DEFENDANT DAR-KIM, INC. d/b/a ALL SEASONS RV CENTER, by and through its counsel of record, Janet C. Pancoast, Esq. of CISNEROS & MARIAS,

1

1  and DEFENDANT CAMCO MANUFACTURING, INC. d/b/a EAZ-LIFT by and through its
2  counsel of record John Hawley, Esq. of LEE, HERNANDEZ, LANDRUM, CAROFALO &
3  BLAKE, that all claims asserted in any and all Complaints filed herein by PLAINTIFFS and each
4  and every cause of action alleged therein be dismissed with prejudice as to Dar-Kim, Inc. d/b/a All
5  Seasons RV Center, only.

Each party shall bear their own fees and costs.

DATED this 29 day of April, 2013                    DATED this 1st day of May, 2013

HAND & SULLIVAN, LLC                                CISNEROS & MARIAS

_____                   _____
Harry Rosenthal, Esq.                               Janet C. Pancost, Esq.
3442 N. Buffalo Dr.                                 1140 Town Center Drive, Suite 200
Las Vegas, Nevada 89129-7424                        Attorneys for Third-Party Defendants
Counsel for Plaintiffs                              Dar-Kim, Inc. d/b/a All Seasons RV Center

DATED this ___ day of _____, 2013

LEE, HERNANDEZ, LANDRUM,
GAROFALO & BLAKE

_____
John R. Hawley, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Counsel for Camco Manufacturing, Inc. d/b/a
Eaz-Lift

2

and DEFENDANT CAMCO MANUFACTURING, INC. d/b/a EAZ-LIFT by and through its counsel of record John Hawley, Esq. of LEE, HERNANDEZ, LANDRUM, CAROFALO & BLAKE, that all claims asserted in any and all Complaints filed herein by PLAINTIFFS and each and every cause of action alleged therein be dismissed with prejudice as to Dar-Kim, Inc. d/b/a All Seasons RV Center, only.

Each party shall bear their own fees and costs.

DATED this 29 day of April, 2013        DATED this 1st day of May, 2013

HAND & SULLIVAN, LLC                    CISNEROS & MARIAS

_____              _____
Harry Rosenthal, Esq.                   Janet C. Pancost, Esq.
3442 N. Buffalo Dr.                     1140 Town Center Drive, Suite 200
Las Vegas, Nevada 89129-7424            Attorneys for Third-Party Defendants
Counsel for Plaintiffs                  Dar-Kim, Inc. d/b/a All Seasons RV Center

DATED this 28th day of May, 2013

LEE, HERNANDEZ, LANDRUM,
GAROFALO & BLAKE

_____
John R. Hawley, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Counsel for Camco Manufacturing, Inc. d/b/a Eaz-Lift

2

## ORDER

Based on the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that DAR-KIM, INC. d/b/a ALL SEASONS RV CENTER is hereby dismissed from the above-entitled action, with prejudice, each party to bear their own attorney's fees and costs herein.

DATED this 7th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE